UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DEFENDANTS, | ) | |

| | |
|---|---|
| DANIEL C. PFEFFER | 5:03-M-304 |
| SERGIO G. RICCARDI | 5:03-M-308 |
| SHARDRICK T. RIDLEY | 5:03-M-309 |
| CLIFFORD Q. ROBINSON | 5:03-M-311 |
| TASHA F. ROOKS | 5:03-M-313 |
| JAMES A. SMITH | 5:03-M-316 |
| MARC A. TAYLOR | 5:03-M-320 |
| JAMES L. WILKERSON | 5:03-M-324 |
| ANTONIO T. BARR | 5:03-M-184 |
| CHRISTOPHER R. HOPFENSPERGER | 5:03-M-197 |
| ANNETTE JACKSON | A1101935 |
| DENNE D. ADAIR | 5:03-M-259 |
| MICHAEL R. BEAVERS | 5:03-M-263 |
| STEPHEN W. BELCH | 5:03-M-264 |
| MATTHEW A. BRICKA | 5:03-M-267 |
| JAMES C. CALDWELL | 5:03-M-269 |
| OMAR A. CARRERA | 5:03-M-268 |
| AARON M. CURTIS | 5:03-M-271 |
| VINCENT P. DENUCCI | 5:03-M-273 |
| DEMARCO L. FRENCH | 5:03-M-278 |
| ALLAN E. GARCIA | 5:03-M-279 |
| JOHN J. GRAF | 5:03-M-281 |
| JASON D. GRIGSBY | 5:03-M-282 |
| SUZANNE M JENSEN | 5:03-M-198 |
| CARLOS LOREDO, JR. | 5:03-M-290 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Information or citation pending against the above-captioned defendants for the following reason: prosecutorial discretion and staleness in case

Wherefore, the United States now requests the Court to grant the dismissal of the Criminal Information or citation for the case numbers referenced above.

GEORGE E. B. HOLDING
United States Attorney

*by David P. Hayden*
PAUL GOLDEN
Special Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM A. WEBB

Date: 01/25/07